IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Logan, et al., | No. CV-02-360-TUC-RCC(HCE) |
| Plaintiff, | **ORDER** |
| vs. | |
| State of Arizona, et al., | |
| Defendant. | |

The Court has reviewed the pleadings filed in this case and the Magistrate Judge's Report and Recommendation. No objections having been filed to the Report and Recommendation, therefore,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (#66) and **GRANTING** Defendant Bartos' Motion for Summary Judgment (#57).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment and **CLOSE** this case.

DATED this 11th day of October, 2006.

Raner C. Collins
United States District Judge